631 A.2d 595

Constance B. FOSTER, Insurance Commissioner
of the Commonwealth of Pennsylvania

v.

WEST BRANCH ADMINISTRATORS, INC.,
West Branch Capitol Corp., and West
Branch Consultants, Appellants.

Supreme Court of Pennsylvania.

Argued April 5, 1993.

Decided June 23, 1993.

Reargument Denied Oct. 25, 1993.

Don Bailey, Harrisburg, Steven Alm, Greensburg, Jack Hardy, Harrisburg, for W.B. Adm., et al.

Heidi B. Hamman Shakely, Camp Hill, Preston M. Buckman, Harrisburg, for Pa. Ins. Dept.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, and MONTEMURO, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.